



## MEMORANDUM OPINION

No. 04-11-00867-CV

**IN RE** Joaquin J. **MAYA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  December 28, 2011

PETITION FOR WRIT OF MANDAMUS DENIED IN PART AND DENIED IN PART
AS MOOT

On December 6, 2011, relator filed a petition for writ of mandamus.  Since the filing of the petition for writ of mandamus, the trial court has withdrawn (1) the writ of attachment, (2) the enforcement order, and (3) has dropped the December 20, 2011 trial setting.  As to the remaining issues pending before this court, the court is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED IN PART and DENIED IN PART AS MOOT.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-10787, styled *In the Interest of N.M. and P.A.M.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.  However, the orders complained of were signed by the Honorable Antonia Arteaga, presiding judge of the 57th Judicial District Court, Bexar County, Texas.